[No. 25993-8-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER EDWIN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04099-5, George T. Mattson, J., entered March 27, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27114-8-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY GLOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-02481-6, Dale B. Ramerman, J., entered September 27, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 26887-2-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMILLE M. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 90-1-00043-6, Alan R. Hancock, J., entered August 10, 1990. *Dismissed* by unpublished per curiam opinion.